FILED

OCT 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 1:06CV01860

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10 30/2006

Robert Powell
P.O. Box 40297
Memphis, Tennessee
38174

vs,

UNITED STATES

)
)
) CASE NO.
)
)
) (PLAINTIFF DEMANDS A TRIAL BY
) JURY OF ALL ISSUES SO TRIABLE)
)
)
)
)

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Robert Powell, Plaintiff herein, complains of defendant and seeks statutory and, or actual and punitive damages, and for his cause of action, avers:

I

INTRODUCTION

1. This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by the intentional and/or negligent unlawful disclosure of confidential return information by Defendant's Agents, R. A. Mitchell, Elaine K. Wagner, and other unknown agents (hereinafter: agent(s)) of the Internal Revenue Service (IRS).

2. This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the Internal Revenue Code. Venue is proper in this Court under 28 U.S.C.§1391(e).

## II

## FACTS

3. Plaintiff, Robert Powell at all times material hereto lived in Tennessee.

4. Plaintiff is the subject of ongoing purported collection action being conducted by the aforementioned Agents of the Internal Revenue Service, in the absence of record evidence of existing assessments.

5. During March of 2006, the aforementioned Agents caused to be recorded with the Register of Deeds of Shelby County, Tennessee, and with the Clerk of Chancery Court for Tate County, Mississippi, purported Notices of Tax Lien (copies of which are affixed hereto. Identifying information has been excised), in amounts for which defendant has been unable to produce evidence of lawful assessment.

6. The subject purported Notices of Tax Lien entered into the Public Record contain multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 15, below.

7. The wrongful disclosures of Plaintiff's return information have subjected Plaintiff to the real possibility of identity theft.

8. Plaintiff has been contacted by various individuals and agencies regarding Plaintiff's confidential taxpayer information which said individuals and agencies have accessed through the Public Record. Six (6) examples of such correspondence are affixed hereto.

9. Agents R. A. Mitchell and Elaine K. Wagner's unlawful and unnecessary disbursal of Plaintiff's confidential taxpayer information into multiple public forums has

subjected the Plaintiff to the possibility of identity theft.

10. The wrongful disclosures by Agents R. A. Mitchell and Elaine K. Wagner were not in good faith and there existed no good faith in disclosure of confidential return information.

11. Reasonable Internal Revenue Agents can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agent's contrary interpretation is not in good faith.

12. The aforesaid Agents did not follow the dictates of Section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

13. On information and belief, the Agents involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

III

LEGAL AUTHORITY

14. Section 7431 of the Internal Revenue Code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

15. "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned Notices of Lien. "Return Information" is broadly defined in Section 6103(b)(2) as follows:

> a taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

16. "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

> The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in Section 6109), or a combination thereof.

17. The disclosures described above were intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which Plaintiff is entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

18. Internal Revenue Code Section 7431(c) authorizes damages:

> ...in an amount equal to the sum of-
> (1) the greater of-
>     (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
>     (B) the sum of-
>         (i) the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
>         (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
> (2) the costs of the action, plus
> (3) in the case of a plaintiff which is described in section 7430(c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430(c)(4)).

19  The reprehensible conduct of, and the illegal disclosures made by the aforementioned Agents and the other agents involved herein has caused Plaintiff substantial personal embarrassment, loss of good will, and loss in credit.

20. The intentionally and/or grossly negligent unlawful disclosures by R. A. Mitchell and Elaine K. Wagner and the other agents involved herein entitles Plaintiff to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

21. Based on the aforesaid unlawful disclosures, Plaintiff is entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, Plaintiff requests after trial of this case that judgment be entered in his favor against the United States for the recovery of statutory/punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which Plaintiff is entitled.

Dated: October 27, 2006

_____/s/ Robert Powell_____
Robert Powell

## Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Tennessee, personally appeared, Robert Powell, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same as his free act and deed.

Notary, State of Tennessee: _Arthur L. Nall_

My Commission expires: _3-4-09_

Seal:



4672

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>278773206 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ROBERT POWELL

Residence  PO BOX 40297
MEMPHIS, TN 38174-0297

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | ██████ | 08/27/2001 | 09/26/2011 | 10203.97 |
| 1040 | 12/31/1999 | ██████ | 10/20/2003 | 11/19/2013 | 144137.55 |
| 1040 | 12/31/2000 | ██████ | 02/09/2004 | 03/11/2014 | 48521.18 |
| 1040 | 12/31/2001 | ██████ | 02/09/2004 | 03/11/2014 | 81053.42 |
| 1040 | 12/31/2002 | ██████ | 02/09/2004 | 03/11/2014 | 117710.03 |
| 6672 | 12/31/1999 | ██████ | 09/08/2003 | 10/08/2013 | 500.00 |

Place of Filing
Register of Deeds
Shelby County
Memphis, TN 38104-5406

Total $ 402126.15

This notice was prepared and signed at ___DALLAS, TX___, on this,

the __10th__ day of __March__, __2006__.

Signature _R. A. Mitchell_  for ELAINE K. WAGNER

Title REVENUE OFFICER (901) 737-8771   25-14-1212

06 1860
FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>278684606 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer ROBERT POWELL

Residence PO BOX 40297
MEMPHIS, TN 38174-0297

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | ▬▬▬▬▬▬ | 12/26/2005 | 01/25/2016 | 17681.95 |

Place of Filing
Register of Deeds
Shelby County
Memphis, TN 38104-5406

Total $ 17681.95

This notice was prepared and signed at DALLAS, TX, on this, the 10th day of March, 2006.

Signature: K. A. Mitchell for ELAINE K. WAGNER

Title: REVENUE OFFICER (901) 737-8771

25-14-1212

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

4672

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>278773806 | For Optional Use by Recording Office<br><br>2006  39<br>Recorded in the Above<br>Liens Book & Page<br>03-23-2006 11:11:19 AM<br>Wayne Crockett<br>Tate County, MS | |
| As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | | |
| Name of Taxpayer ROBERT POWELL | | | |
| Residence  PO BOX 40297<br>MEMPHIS, TN 38174-0297 | | | |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | ███████ | 08/27/2001 | 09/26/2011 | 10203.97 |
| 1040 | 12/31/1999 | ███████ | 10/20/2003 | 11/19/2013 | 144137.55 |
| 1040 | 12/31/2000 | ███████ | 02/09/2004 | 03/11/2014 | 48521.18 |
| 1040 | 12/31/2001 | ███████ | 02/09/2004 | 03/11/2014 | 81053.42 |
| 1040 | 12/31/2002 | ███████ | 02/09/2004 | 03/11/2014 | 117710.03 |
| 6672 | 12/31/1999 | ███████ | 09/08/2003 | 10/08/2013 | 500.00 |

Tate County, MS
I certify this instrument was filed on 03-23-2006 11:11:19 AM and recorded in Liens Book 2006 at pages 39 - 39
Wayne Crockett

| Place of Filing | | |
|---|---|---|
| CHANCERY CLERK<br>TATE COUNTY<br>SENATOBIA, MS 38668 | Total $ | 402126.15 |

This notice was prepared and signed at  DALLAS, TX  , on this,

the  10th  day of  March , 2006.

| Signature<br>R. A. Mitchell<br>for ELAINE K. WAGNER | Title<br>REVENUE OFFICER<br>(901) 737-8771 | 25-14-1212 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

1872

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 278684706 | For Optional Use by Recording Office 2006  40 Recorded in the Above Liens Book & Page 03-23-2006 11:12:15 AM Wayne Crockett Tate County, MS | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  ROBERT STEVE POWELL

Residence  103 JANEY DR
SENATOBIA, MS 38668-0000

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2003 | ■■■■■■■■■ | 12/26/2005 | 01/25/2016 | 17681.95 |

Tate County, MS
I certify this instrument was filed on 03-23-2006 11:12:15 AM and recorded in Liens Book 2006 at pages 40 - 40
Wayne Crockett

Place of Filing
CHANCERY CLERK
TATE COUNTY
SENATOBIA, MS 38668

Total  $  17681.95

This notice was prepared and signed at ____DALLAS, TX____, on this,
the __10th__ day of __March__, __2006__.

| Signature  K. A. Mitchell for ELAINE K. WAGNER | Title  REVENUE OFFICER (901) 737-8771 | 25-14-1212 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office         Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

# Gerald Yarborough, CPA, PC

*8045 Corporate Center Drive • Suite 300 • Charlotte, NC 28226*

(800) 270-8616
*(704) 542-8284*
*Fax (704) 542-3143*
*www.gycpa.com*

April 4, 2006

Robert Powell
Po Box 40297
Memphis, TN  38174

Dear Robert Powell:

I'm contacting you one more time because I haven't heard from you. You may have already found a way to manage your IRS debt. If so, please disregard this letter.

There is typically a lapse of time after the IRS files the Federal Tax Lien during which you don't hear from them. This is a good time to create a plan to manage the situation.

The challenge is that you don't know when the IRS will move to the next step in their collection process. By being proactive, you can avoid any future surprises.

You may recall from my previous letter that I'm an IRS veteran, but now I'm on the "other side". My firm helps people who are being pursued by the IRS. That is all we do. We can help you by stopping the IRS from taking further collection action and we may be able to reduce the amount owed. Visit our website at www.gycpa.com to read about how we have helped others in similar situations.

I want to make sure you know we're available in the event you decide to seek help. If not now or even if you are going in a different direction at this time make sure you put this letter someplace where you can get your hands on it in the future in case you want to call.

Best regards,

*Gerald Yarborough*
Gerald Yarborough


America Counts on CPAs

*Professional IRS Debt Solutions*



# Notice Of Federal Tax Lien

| District | Serial Number |
|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

*This Notice of Federal Tax Lien has been filed as a matter of public record.

*IRS will continue to charge penalty and interest until you satisfy the amount you owe.

*Contact the District Office, Collection Division for information on the amount you must pay before we can release this lien.

*See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer**

Robert Powell
PO BOX 40297
MEMPHIS TN 38174-0297

**FEDERAL AND STATE TAX NEGOTIATORS, INC.**

We are not, have not been, nor ever will be part of the IRS. No members of our staff have ever worked for the IRS.

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |

**CONFIDENTIAL**
(INFORMATION WITHHELD TO PROTECT TAXPAYER)

**Place of Filing**

**YOUR LOCAL COURTHOUSE**     Total  $ **CONFIDENTIAL**

This notice was prepared and signed at _____, on this,

the _____ day of _____, 20 ____.

| Signature | Title |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien

Part 3 - Taxpayer's Copy

If you have questions about this lien...
## Call Toll Free at
## 1-800-487-1992
**FEDERAL AND STATE TAX NEGOTIATORS, INC.**

**STOP TAX COLLECTION**
Prevent Tax Levies and Wage Garnishments
Toll Free: (888) 282-4697 or www.watax.com

4279 Roswell Rd Bldg 102 PMB 149
Atlanta, GA 30342
404-816-7601 or 888-282-4697

|||||||| 4 6 6 5 5 6 ||||

```
Presorted
First Class Mail
U.S. Postage
PAID
Mailed from Zip
98109
Permit # 647
```

ROBERT POWELL
Or Current Resident
103 JANEY DR
SENATOBIA, MS  38668-7414



**Strategic Tax Resolutions**
7040 Avenida Encinas
Suite 104-325
Carlsbad, CA 92011

```
FIRST CLASS
PRE-SORT
U.S. Postage
PAID
Permit #236
Oceanside, CA
```

## TRUST US to eliminate up to 89% of your tax debt

Robert Powell                    193.7
103 Janey Dr
Senatobia, MS  38668-7414
654848

|..||..|..|..||..||..|..|..|..|..|..|..|..||..|..|||..,..||.||...|

**Call Us Now Toll Free: (866) 461-9924**
**www.StrategicTaxResolutions.com**



# 20/20
## FINANCIAL CONSULTING INC

March 31, 2006

|..||.|..|..||...||..|.|.|...|.|..|..||..|.|||....||.||...|
Robert S Powell
103 Janey Dr
Senatobia, MS  38668-7414

Dear Robert Powell,

As you are probably aware, a Federal tax lien was filed against your assets on March 23, 2006 in the amount of **$17,681.00**.

**Get immediate relief from your problem.**
20/20 Financial Consulting can quickly assess your unique circumstance, provide a solution that works for you and take action to resolve the situation. Collection activity and harassment will stop. The IRS, State tax authorities and other collection agencies will deal directly with us – leaving you alone.
  Visualize
    ... no tax liens
    ... no harassment from the IRS, state tax authorities and collection agencies
    ... no income garnishment
    ... no bank or accounts receivable levies
    ... no IRS threats to seize your assets

**Tax lien solutions are <u>ALL</u> we do.**
Unlike most CPA's and attorneys, our specialty is tax negotiation. Our knowledge and experience saves our clients considerable money and stress. We can:

- Strike affordable payment arrangements
- Settle debts for a fraction of what is owed
- Eliminate thousands of dollars in debt
- Stop collection activity and harassment

Our financial experts would be happy to collaborate with your CPA or attorney. In fact, many CPA's and attorneys refer their clients to us because we deal only with tax lien solutions.

**Your situation requires the highest degree of skill and hands-on attention.**
Do not entrust your future to anyone less than the best. Our experts can guarantee results, giving you peace of mind. Ask about our references from both clients and industry professionals. We can demonstrate our success time and again. Our philosophy of personalized customer service sets us apart and, from your first contact with 20/20, you will clearly see the difference.

Whatever you choose to do, <u>ACT NOW</u> because waiting will result in further debt, liens and asset seizures. Call me for a free evaluation, consultation and quote. I will personally go over your situation in detail and will address all of your questions. The number to reach me is **1-800-880-7318, ext. 174**. I look forward to hearing from you.

Sincerely,

Justin Blake
**Senior Strategist**
**20/20 Financial Consulting, Inc.**

1208 Commerce Ct., Suite #1   Lafayette, CO  80026
Ph (800) 880 7318   Ph (303) 938 9981   Fax (303) 938 9986
WWW.2020FINANCIAL.COM

## Notice Of Federal Tax Lien

| District | Serial Number | |
|---|---|---|
| As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | *This Notice of Federal Tax Lien has been filed as a matter of public record.<br><br>*IRS will continue to charge penalty and interest until you satisfy the amount you owe.<br><br>*Contact the District Office, Collection Division for information on the amount you must pay before we can release this lien.<br><br>*See the back of this page for an explanation of your Administrative Appeal rights. |

**Name of Taxpayer**

ROBERT POWELL
103 JANEY DR
SENATOBIA MS 38668-7414
|..||..|..||..||..|..|.|..||.|..|..||.|..|||.....||..||..|

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| | | | | | |

**CONFIDENTIAL**
(INFORMATION WITHHELD TO PROTECT TAXPAYER)

**Place of Filing**

**YOUR LOCAL COURTHOUSE**         Total   $ **CONFIDENTIAL**

This notice was prepared and signed at _____, on this,

the _____ day of _____, 20 ____ .

**Signature** _____  **Title** _____

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien

Part 3 - Taxpayer's Copy

If you have questions about this lien...

## Call Toll Free at
## 1-800-487-1992

**FEDERAL AND STATE TAX NEGOTIATORS, INC.**

*(sidebar, right margin:)* FEDERAL AND STATE TAX NEGOTIATORS, INC. We are not, have not been, nor ever will be part of the IRS. No members of our staff have ever worked for the IRS.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

06-1860 RJL

## I (a) PLAINTIFFS

Robert Powell

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se N/P

## DEFENDANTS

United States   United States

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER   1:06CV01860

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10/30/2006

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⊙ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ⊙ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
26 USC 7433 Civil Damages for certain unauthorized collections actions

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $**    **JURY DEMAND:**    Check YES only if demanded in compl.   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY** N.f.   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE October 27, 2006   SIGNATURE OF ATTORNEY OF RECORD  [signature]

30

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.