AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Powell

V.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV01860

CAS    JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10 30 /2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro se (name and address)

Robert Powell
POB 40297
Memphis, TN.
38174

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT 3 0 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Powell

V.

United States

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01860

CAS    JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10 30/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro se (name and address)

Robert Powell
PO B 40297
Memphis, TN.
38174

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 3 0 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12-6-06 |
| NAME OF SERVER (PRINT) T. Tarry Berkley II | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    By Registered Mail No. 7003 1010 0001 8631 3390

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-6-06
             Date

Signature of Server

1850 Poplar Crest Cove
Address of Server
Memphis, TN
38119

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>DEC 13 2006 |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>KENNETH L. WAINSTEIN<br>U.S. ATTORNEY, DIST. OF COL.<br>501 3rd St. NW<br>WASHINGTON, D.C. 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merch<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Y |
| 2. Article Number<br>   (Transfer from service label) | 7003 1010 0001 8631 3390 |
| PS Form 3811, February 2004 | Domestic Return Receipt                102595 |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Powell

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01860

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10 30 /2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro se (name and address)

Robert Powell
POB 40297
Memphis, TN.
38174

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

OCT 3 0 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Powell

V.

United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01860

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10 30 /2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' Pro se (name and address)

Robert Powell
POB 40297
Memphis, TN.
38174

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

OCT 3 0 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12-6-06 |
| NAME OF SERVER (PRINT) Tiddy Beasley II | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   By Registered Mail No. 7004 1160 0002 5405 0892

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-6-06
             Date

Signature of Server

Address of Server: 1850 Popular Crest Cove, Memphis, TN 38119

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 1 2 2006 |
| 1. Article Addressed to:<br><br>ALBERTO GONZALES<br>U.S. ATTORNEY GENERAL<br>CIVIL PROCESS CLERK<br>950 PENNSYLVANIA AVE<br>WASHINGTON D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0002 5405 0892 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540