IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT POWELL, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1860-RJL |
| ) | |
| UNITED STATES, ) | |
| ) | |
|       Defendant. ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007                                      Respectfully submitted,

                                                            /s/ Anne E. Blaess
                                                      ANNE E. BLAESS
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice
                                                      Post Office Box 227
                                                      Ben Franklin Station
                                                      Washington, D.C. 20044
                                                     Telephone: (202) 616-9806
                                                     Facsimile: (202) 514-6866
                                                     Email: Anne.E.Blaess@usdoj.gov