IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT POWELL,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.         ) | Civil No. 1:06-cv-1860-RJL |
| ) | |
| UNITED STATES,         ) | |
| ) | |
| Defendant.         ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

ROBERT POWELL
Plaintiff *Pro Se*
P.O. Box 40297
Memphis, TN 38174

    /s/ Anne E. Blaess
ANNE E. BLAESS