UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT POWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06cv1860 (RJL) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, it is, this 15th day of March 2007, hereby

**ORDERED** that defendant's Motion to Dismiss [#4] is GRANTED;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

